No. 637, Misc. HICKOX v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 639, Misc. BANKS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 288, Misc. STEINMETZ v. CALIFORNIA STATE BOARD OF EDUCATION ET AL. Supreme Court of California. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. A. L. Wirin and Fred Okrand for petitioner. Edmund G. Brown, Attorney General of California, and Richard L. Mayers, Deputy Attorney General, for respondents.

No. 343. UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA (UE), LOCAL 1113, v. NATIONAL LABOR RELATIONS BOARD, 350 U. S. 981;

No. 557. DAVIS v. UNITED STATES, 350 U. S. 965;

No. 581. OHIO TRANSPORT, INC. v. PUBLIC UTILITIES COMMISSION OF OHIO, 350 U. S. 982;

No. 624. FLORIDA EX REL. HAWKINS v. BOARD OF CONTROL OF FLORIDA ET AL., 350 U. S. 413; and

No. 633. SEARS, ROEBUCK & Co. v. RY-LOCK Co., LTD., 350 U. S. 987. Petitions for rehearing denied.

No. 609. KELLEY, GLOVER & VALE, INC., TRUSTEE, v. COFFING, TRUSTEE, ET AL., 350 U. S. 968; and

No. 472, Misc. KLUBNIKIN v. UNITED STATES, 350 U. S. 975. Motions for leave to file petitions for rehearing denied.